**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| EVA CORDERO,<br><br>            Plaintiff,<br><br>      v.<br><br>CM REO TRUST, et al.,<br><br>            Defendants. | No. ED CV 13-495-DMG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendations of the Magistrate Judge, **except** for the conclusion that abstention under Younger v. Harris, 401 U.S. 37, 44, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), is warranted. See Logan v. U.S. Bank Nat'l Ass'n, 722 F.3d 1163, 1167-69 (9th Cir. 2013).

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

//
//
//
//

1      2.      Judgment shall be entered consistent with this order.

2      3.      The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 4, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2