# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EVA CORDERO,<br><br>    Plaintiff,<br><br>v.<br><br>CM REO TRUST, et al.,<br><br>    Defendants. | No. ED CV 13-495-DMG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: December 4, 2013

/s/ Dolly M. Gee
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE